ANNA E. LAHN, Respondent, *v.* THE AMERICAN SURETY COMPANY OF NEW YORK, Appellant, Impleaded with Another.

*Lahn* v. *Sullivan*, 116 App. Div. 669, affirmed.
(Argued June 11, 1908; decided September 29, 1908.)

APPEAL from a judgment entered January 11, 1907, upon an order of the Appellate Division of the Supreme Court in

the fourth judicial department which reversed an order of the court at a Trial Term granting a motion for a new trial after a verdict in favor of plaintiff and denied said motion in an action to recover on an administrator's bond.

*Frederick W. Smith* for appellant.

*D. W. Forsyth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.